Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Langkeo CHANTHAVONG |
| **Docket Number:** | 1:13CR00252-01 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 12/22/2008 |
| **Original Offense:** | 21 USC 841(a)(1) and 846: Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance - Cocaine (CLASS B FELONY) |
| **Original Sentence:** | 84 months BOP; 48 months TSR; $100 special assessment; mandatory drug testing. |
| **Special Conditions:** | No alcohol; warrantless search and seizure; program of testing and treatment; reside and participate in a residential reentry center; submit a sample of his blood, breath, or urine at the discretion of the probation officer; shall participate in the DROPS program; participate in a cognitive behavioral training program; undergo inpatient/outpatient psychiatric or psychologist treatment; comply with mental health treatment; participate in a Location Monitoring program; no association; and not frequent nor loiter near known gathering places where gang members associate. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/13/2012 |
| **Assistant U.S. Attorney:** | Unassigned |
| **Defense Attorney:** | Unassigned |

RE:     Langkeo CHANTHAVONG
        Docket Number:  1:13CR00252-AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

**04/24/2013:**     District of South Dakota notified of the defendant's new law violation. A Petition for Summons was requested. After a lengthy conversation, it was determined that this matter would be better handled in the Eastern District of California (CAE). Therefore, a Transfer of Jurisdiction was requested.

**06/17/2013**:     CAE accepted jurisdiction from the District of South Dakota.

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

1.  The defendant shall be monitored for a period of 90 days with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer.  The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon his ability to pay as directed by the probation officer.  In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

    a.  The defendant shall be restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer. (Home Detention)

**Justification:**  On March 25, 2013, the offender was arrested by law enforcement for the violation of California Vehicle Codes (VC) Sections 23152(A) - Driving under the Influence (DUI) of Alcohol

**RE:    Langkeo CHANTHAVONG**
        **Docket Number:  1:13CR00252-AWI**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

/ Drug; 23152(B) - DUI Alcohol / 0.08%; 12500 - Drive without License; and 21650 - Failure to Drive Right Half of Roadway.

On April 2, 2013, a Criminal Complaint was filed against the offender in Kern County Superior Court under Case Number BM820069A. On April 16, 2013, Mr. Chanthavong appeared in Kern County Superior Court and pled nolo contendere to Count 1- DUI Alcohol. All other charges were dismissed in the furtherance of justice. On the same day, the offender was sentenced to 45 days jail, 1 day jail time served, 3 years summary probation along with fines and fees totaling $1,930.  As of today's date, the offender is participating in a work release program.

As evidenced by his signature on the Waiver of Hearing form dated July 10, 2013, Mr. Chanthavong agrees to the above-noted modification. This requirement along with random breathalyzer tests will hold the offender sufficiently accountable and assist him in achieving sobriety. Additional Court intervention will be sought should the offender again find himself at variance from his terms and conditions of supervision.

                          Respectfully submitted,

                          **/s/ J. C. Hill**
                          **J. C. Hill**
                          **United States Probation Officer**
                          Telephone:  (661) 321-3818

**DATED:**     July 17, 2013
               Bakersfield, California
               JCH/dk

                   /s/ Thomas A. Burgess
**REVIEWED BY:** _____
                 **THOMAS A. BURGESS**
                 **Supervising United States Probation Officer**

3

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

RE:     Langkeo CHANTHAVONG
        Docket Number:  1:13CR00252-AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:


IT IS SO ORDERED.

Dated:   July 19, 2013                                     _____
                                                                         SENIOR  DISTRICT  JUDGE

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD